```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| THEODORE L. KESSNER, Special Deputy Liquidator of the PROTECTIVE NATIONAL INSURANCE COMPANY OF OMAHA, | ) ) ) ) ) | 4:09CV3003 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| ONE BEACON INSURANCE COMPANY, f/k/a General Accident Insurance Company of America, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

Plaintiff's motion for stay, filing no. 13, is granted and all deadlines are stayed until further order, pending a ruling on plaintiff's motion for remand.

DATED this 17th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge