```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| THEODORE L. KESSNER, Special )<br>Deputy Liquidator of the,    )<br>                               )<br>            Plaintiff,        )     4:09CV3003<br>                               )<br>       V.                      )<br>                               )<br>ONE BEACON INSURANCE CO.,      )     MEMORANDUM AND ORDER<br>                               )<br>            Defendant.         )<br>                               ) | | |

The parties have sent letter briefs to advise the court of a very recent Nebraska Supreme Court case and to argue their respective positions on how that ruling impacts the case pending in this forum. The plaintiff's letter brief is dated March 6, 2009, and the defendant's is dated March 18, 2009. Consistent with the local rules, and to avoid any confusion concerning when this matter is fully submitted,

IT IS ORDERED: Any reply to the defendant's letter brief dated March 18, 2009 shall be submitted to the court on or before March 29, 2009.

DATED this 23rd day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge